**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-40815-PWB |
| THERRON L. HUGHES, ) | |
| JESSICA R. KELLETT, ) | CHAPTER 13 |
|     Debtor. ) | |

**POST-CONFIRMATION MODIFICATION OF PLAN
AND REQUEST FOR APPROVAL**

Debtor proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

**MODIFICATION OF PLAN**

The Debtors are experiencing significant medical issues with increased monthly medical expenses, which is drastically lowering their household disposable income.

Debtor hereby modifies the Chapter 13 Plan, which was confirmed by order of this Court July 31, 2019, as follows:

Section 2.1 of the Plan is modified to **delete:**

The debtor(s) will pay __$600.00__ per __month__ for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

Section 2.1 of the Plan is modified to **add:**

The debtor(s) will pay __$200.00__ per __month__ for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

*Check if applicable.*
☒ The amount of the Regular Payment will change as follows *(If this box is not checked, the rest of § 2.1 need not be completed or reproduced. Insert additional lines as needed for more changes.)*:

| **Beginning on** *(insert date):* | **The Regular Payment amount will change to** *(insert amount):* | **For the following reason** *(insert reason for change):* |
|---|---|---|
| April, 2023 | __$2900.00__ per __month__ | Medical issues resolved and disposable income is increased |

Section 8.1 of the Plan is modified to **add:**

Student loans are currently in deferment and not to be funded by the trustee. Student loans will be paid directly by the Debtor when the deferment period ends.

Any net proceeds realized from the Debtor's pending/anticipated lawsuit shall be paid to the Chapter 13 Trustee for distribution per the plan for the benefit of unsecured creditors, unless by further order of this court.

Dated: May 5, 2022.

/s/
Therron L. Hughes

/s/
Jessica R. Kellett

/s/
Carrie Oxendine
GA Bar No. 141478
Attorney for the Debtor
BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: )
) CASE NO. 19-40815-PWB
THERRON L. HUGHES, )
JESSICA R. KELLETT, ) CHAPTER 13
    Debtor. )

NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS AND
HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**To: Creditors and Other Parties in Interest**

    **PLEASE TAKE NOTICE** that Debtor has filed a proposed modification to the confirmed plan in this case, a copy of which modifications you are receiving with this Notice of have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

    **DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on **May 5, 2022.** If the twenty-fourth day after the date of filing falls on a week-end or holiday, the deadline is extended to the next business day.

    **PLACE OF FILING:**    Clerk, United States Bankruptcy Court
    Room 339 United States Courthouse
    600 East First Street
    Rome, Georgia 30161

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

    Therron L. Hughes
    Jessica R. Kellett
    128 Norcross Way
    Rome GA 30165

    **PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold an initial telephonic hearing for announcements on the Motion at the following number: toll-free number (833) 568-8864; meeting ID 161 794 3084, on **June**

**15, 2022,** at **9:50 am** in **Courtroom 342**, U.S. Courthouse, 600 East First Street, Rome, Georgia. **If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.**

      Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Dated: May 5, 2022.

/s/
Therron L. Hughes

/s/
Jessica R. Kellett

/s/
Carrie Oxendine
GA Bar No. 141478
Attorney for the Debtor
BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300
coxendine@mattberry.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2022, I electronically filed the foregoing Post-Confirmation Modification of Plan and Request for Approval, and the Notice of Hearing on Modification of Confirmed Plan, Deadline for Filing Written Objections and Hearing Date and Time if Objection is Timely Filed with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

K. Edward Safir
Chapter 13 Trustee
285 Peachtree Center Ave NE, Suite 1600
Atlanta GA 30303

Therron L. Hughes
Jessica R. Kellett
128 Norcross Way
Rome GA 30165

(Plus to all creditors on attached Creditor Mailing Matrix)

This the 5th day of May, 2022.

/s/
Carrie Oxendine
GA Bar No. 141478
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 19-40815-pwb<br>Northern District of Georgia<br>Rome<br>Thu May  5 12:06:01 EDT 2022 | (p)ATLAS ACQUISITIONS LLC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | Matthew Thomas Berry<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway, NE<br>Atlanta, GA 30324-5457 |
| Janel O. Bowles<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway<br>Atlanta, GA 30324-5457 | Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd<br>Sherman Oaks, CA 91411-2546 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Chrysler Financial/TD Auto<br>Attn: Bankruptcy<br>PO Box 9223<br>Farmington Hills, MI 48333-9223 |
| Convergent Outsourcing, Inc.<br>Attn: Bankruptcy<br>PO Box 9004<br>Renton, WA 98057-9004 | Credit Business Services, Inc.<br>Attn: Bankruptcy<br>PO Box 4127<br>Fort Walton Beach, FL 32549-4127 | Credit One Bank<br>ATTN: Bankruptcy Department<br>PO Box 98873<br>Las Vegas, NV 89193-8873 |
| EMERGENCY COVERAGE CORP<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | (p)FARMERS FURNITURE<br>ATTN CORPORATE CREDIT DEPT<br>PO BOX 1140<br>DUBLIN GA 31040-1140 | Farmers Home Furniture-Rome,GA<br>Attn: Corporate Credit Department<br>P.O. Box 1140<br>Dublin, GA 31040-1140 |
| Robert J. Fehse<br>Evans Petree<br>Suite 800<br>1715 Aaron Brenner Drive<br>Memphis, TN 38120-1445 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Therron L. Hughes<br>128 Norcross Way<br>Rome, GA 30165-3945 |
| Jefferson Capital Systems, LLC<br>PO Box 1999<br>Saint Cloud, MN 56302 | Jessica R. Kellett<br>128 Norcross Way<br>Rome, GA 30165-3945 | Khristie Lee Kelly<br>Berry & Associates<br>Suite 600<br>2751 Buford Hwy<br>Atlanta, GA 30324-5457 |
| Brandi L. Kirkland<br>K. Edward Safir, Standing Chapter 13 Tru<br>285 Peachtree Center Ave., Ste. 1600<br>Atlanta, GA 30303-1229 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2710 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | NPRTO Georgia, LLC<br>256 West Data Drive<br>Draper, UT 84020-2315 | Carrie L Oxendine<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Portfolio Recovery<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Quantum3 Group LLC<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Bluestem and SCUSA<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Redmond Regional Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1259 | Santander Consumer USA<br>Attn: Bankruptcy<br>PO Box 961245<br>Fort Worth, TX 76161-0244 |
| Sterling Jewelers/Kay Jewelers<br>Attn: Bankruptcy<br>375 Ghent Rd<br>Akron, OH 44333-4601 | Suntrust Bank<br>Attn: Bankruptcy<br>Mail Code VA-RVW-6290 PO Box 85092<br>Richmond, VA 23285-5092 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| TD Auto Finance, LLC<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, TN 38120-1445 | Kelly D. Thomas<br>Matthew T. Berry and Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 | U.S. Department of Education<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116-0408 |
| US Department of Education<br>PO Box 16448<br>Saint Paul, MN 55116-0448 | Verizon<br>by American InfoSource as agent<br>4415 N Santa Fe Ave<br>Oklahoma City, OK  73118 | W.S. Badcock<br>PO Box 724<br>Mulberry, FL 33860-0724 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | (d)Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | (d)Atlas Acquisitions, LLC<br>Attn: Avi Schild<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 |
| Farmers Furniture<br>Attn: Bankruptcy Department<br>PO Box 1140<br>Dublin, GA 31040 | Fingerhut<br>Attn: Bankruptcy<br>PO Box 1250<br>Saint Cloud, MN 56395 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)TD Auto Finance, LLC<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, TN 38120-1445 | (d)W.S. Badcock Corporation<br>P.O. Box 724<br>Mulberry, FL 33860-0724 | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients     2<br>Total                  46 |