

**IT IS ORDERED as set forth below:**

Date: August 23, 2022

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF GEORGIA
                      ROME DIVISION

IN RE:                           }   CHAPTER 13
                                 }
THERRON L. HUGHES and            }   CASE NO. R19-40815-PWB
JESSICA R. KELLETT,              }
    DEBTOR(S)                    }   JUDGE BONAPFEL
```

## ORDER ON TRUSTEE'S MOTION TO CONVERT

The Trustee's Motion to Convert this Case to One Under Chapter 7 came before this Court at a hearing held July 27, 2022. At the hearing, the case was placed on a ten (10) day status report for the Debtors to tender one (1) plan payment to the Trustee.

It appearing to the Court that counsel for the Debtors and counsel for the Chapter 13 Trustee have agreed, as evidenced by their signatures below, it is hereby

ORDERED that the Debtors shall continue making regular payments as required by the Debtors' confirmed plan on a strict compliance basis for the term of twelve (12) months from the entry of this Order.  It is further

ORDERED that should the Debtors default on any of the above-stated terms, this case may be converted to Chapter 7 without further hearing, upon the receipt of the Trustee's Supplemental Report and Proposed Order Converting the Case to One Under Chapter 7.

The Clerk of Court shall serve a copy of this Order on all parties appearing on the attached Distribution List.

**END OF DOCUMENT**

Order Presented By:

_____/s/_____
Brandi L. Kirkland, Staff Attorney
K. Edward Safir
Standing Chapter 13 Trustee
GA Bar No.: 423627
285 Peachtree Center Avenue, NE
Suite 1600
Atlanta, GA 30303
404-525-1110
brandik@atlch13tt.com

Consented To By:

/s/
---
Carrie Oxendine, Attorney for the Debtors
Berry & Associates
GA Bar No.: 141478
*Signed w/ express permission by Brandi L. Kirkland*
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
404-235-3300
coxendine@mattberry.com

## **DISTRIBUTION LIST**

All parties on the Mailing Matrix.