UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

FOLLOWING ORDER ENTERED ON DOCKET ON AUGUST 23, 2022

CASE NO.:    R19-40815-PWB              JUDGE:    BONAPFEL

DEBTOR(S):  THERRON L. HUGHES and JESSICA R. KELLETT

TRUSTEE TO REPORT BACK:

WHETHER DEBTORS' PLAN PAYMENTS CURRENT.

THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND:

RECOMMENDS CONVERSION BECAUSE: DEBTORS HAVE DEFAULTED UNDER THE TERMS OF THE ORDER OF AUGUST 23, 2022 REQUIRING REGULAR AND TIMELY PLAN PAYMENTS.

PLEASE ENTER THE PROPOSED ORDER CONVERTING THIS CASE TO ONE UNDER CHAPTER 7.

DATE:    June 8, 2023

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　Brandi L. Kirkland
　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　GA Bar No. 423627

K. Edward Safir, Standing Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
brandik@atlch13tt.com

R19-40815-PWB

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2023, I electronically filed the foregoing Trustee's Supplemental Report with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to the parties or attorneys of record.

I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Therron L. Hughes
128 Norcross Way
Rome, GA 30165

Jessica R. Kellett
128 Norcross Way
Rome, GA 30165


Dated: June 8, 2023


_____/s/_____
Brandi L. Kirkland
Attorney for the Chapter 13 Trustee
GA Bar No. 423627


K. Edward Safir, Standing Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
brandik@atlch13tt.com