**IT IS ORDERED as set forth below:**



**Date: June 9, 2023**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF GEORGIA
                         ROME DIVISION

IN RE:                          }   CHAPTER 13
                                }
THERRON L. HUGHES and           }   CASE NO. R19-40815-PWB
JESSICA R. KELLETT,             }
    DEBTOR(S)                   }   JUDGE BONAPFEL
```

**ORDER CONVERTING CHAPTER 13 CASE TO CHAPTER 7**

The above-styled case came before the Court on July 27, 2022. At said hearing, the Chapter 13 Trustee moved to have the instant case converted to one under Chapter 7 as the Debtors were delinquent in making plan payments as provided for by the Debtors' confirmed plan.

This Court entered an Order on Trustee's Motion to Convert on August 23, 2022, which required the Debtors to remain current in plan payments for the next twelve (12) months.

It appearing, as evidenced by the Trustee's Supplemental Report, that the Debtors have failed to comply with the Orders of this Court, it is hereby

ORDERED that the above-styled Chapter 13 case is converted to a Chapter 7 proceeding pursuant to 11 U.S.C. Section 1307.

The Clerk of Court shall serve a copy of this Order on all parties appearing on the attached Distribution List.

**END OF DOCUMENT**

Order Presented By:

_____/s/_____
Brandi L. Kirkland, Staff Attorney
K. Edward Safir
Standing Chapter 13 Trustee
GA Bar No.: 423627
285 Peachtree Center Avenue, NE
Suite 1600
Atlanta, GA 30303
404-525-1110
brandik@atlch13tt.com

## **DISTRIBUTION LIST**

All parties on the Mailing Matrix.

Case 19-40815-pwb   Doc 61   Filed 06/09/23   Entered 06/09/23 10:26:25   Desc Main
                    Document      Page 3 of 3