```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF GEORGIA
                                ROME DIVISION

IN RE:                              :
THERRON L. HUGHES                   :   CHAPTER 7
JESSICA R. KELLETT                  :   CASE NO. 19-40815
                                    :
        Debtors.                    :   JUDGE PAUL W. BONAPFEL
                                    :
TD BANK, N.A., SUCCESSOR IN         :
INTEREST TO TD AUTO FINANCE         :
LLC                                 :
                                    :
        Movant,                     :
vs.                                 :
                                    :
THERRON L. HUGHES                   :
JESSICA R. KELLETT                  :
                                    :
        Respondents.                :
```

MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank"), a secured creditor and party-in-interest in the above-styled Chapter 7 case, and files this Motion for Relief from Automatic Stay, showing this Court the following:

1.

This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157 and 1334.

2.

On or about April 5, 2019, respondents Therron L. Hughes and Jessica R. Kellett ("Debtors") filed a Petition under 11

U.S.C. Chapter 7 with this Court. The case converted to one under Chapter 7 of the bankruptcy code on June 9, 2023.

3.

The bankruptcy estate includes one (1) 2017 Nissan Pathfinder, serial number 5N1DR2MN5HC663613 ("Collateral") which is owned by Debtors and in which Movant TD Bank holds a validly perfected, first priority security interest, as noted on the Retail Installment Contract/Security Agreement ("Security Agreement") and Certificate of Title, copies of which are attached hereto as Exhibits A and B and incorporated herein by this reference.

4.

The Debtors are currently due for the October 28, 2021 installment payment and all subsequent payments under the Security Agreement.

5.

The Contractual balance owing on the account is $17,278.32 (current payoff) (which consists of $12,201.50 principal, $5,076.82 interest).

6.

The last payment was received on June 6, 2023. The account is 20 months past due, with arrearages totaling $9,803.05.

7.

The approximate retail value of the vehicle according to the NADA guide is $13,893.00. A copy of the NADA is attached as Exhibit C.

8.

Continuation of the Automatic Stay pursuant to 11 U.S.C. § 362(a) will work a real and irreparable harm to the Movant and will deprive the Movant of the adequate protection to which it is entitled under 11 U.S.C. § 362 and 363.

9.

Pursuant to 11 U.S.C. § 362(d)(1), Movant TD Bank is entitled to an Order terminating the Automatic Stay with respect to the Collateral for lack of adequate protection of the Movant's interest therein.

10.

Pursuant to 11 U.S.C. § 362(d)(2), Movant TD Bank is entitled to an Order terminating the Automatic Stay with respect to the Collateral since the Debtor does not have any equity in the Collateral, and since the Collateral is not necessary to an effective reorganization.

WHEREFORE, Movant TD Bank prays as follows:

(a) That this Court order termination of the Automatic Stay with respect to the Collateral;

(b) That the 14-day stay provision pursuant to Bankruptcy Rule 4001 (a) (3) be waived; and

(c) That this Court grant Movant TD Bank such other and further relief as it deems just and proper under the circumstances.

EVANS PETREE PC

By: /s/ Robert J. Fehse
Robert J. Fehse
Georgia State Bar No. 758817
Attorneys for TD Bank, N.A., successor in interest to TD Auto Finance LLC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0722
rfehse@evanspetree.com

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                              ROME DIVISION

IN RE:                              :   CASE NO. 19-40815
                                    :
THERRON L. HUGHES                   :   CHAPTER 7
JESSICA R. KELLETT                  :
                                    :
        Debtors,                    :
_____      :   JUDGE Paul W. Bonapfel
                                    :
TD BANK, N.A., SUCCESSOR IN         :
INTEREST TO TD AUTO FINANCE         :
LLC                                 :
            Movant,                 :   CONTESTED MATTER
                                    :
vs.                                 :
                                    :
THERRON L. HUGHES                   :
JESSICA R. KELLETT                  :
                                    :
        Respondents.                :
_____
```

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that TD Bank, N.A., successor in interest to TD Auto Finance LLC has filed a Motion for Relief from Automatic Stay and related papers with the Court seeking an Order for relief from stay.

**PLEASE TAKE FURTHER NOTICE that Court will hold a hearing on the Motion for Relief from Automatic Stay at 10:15 a.m. on August 2, 2023 in Room 342, U.S. Courthouse, 600 East First Street, Rome, GA 30161.** which may be attended in person of via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion for Relief from the Automatic Stay (the "Motion") cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty (30) days of filing the Motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

/s/ Robert J. Fehse

Robert J. Fehse, Esq.
Counsel for Movant
Georgia Bar #758817
1715 Aaron Brenner Drive
Suite 800
(901) 271-0722

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2023, I electronically filed the foregoing Motion for Relief from Stay and Notice of Hearing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

>   Thomas D. Richardson
>   Chapter 7 Trustee
>   P.O. Box 5007
>   Rome, GA  30162
>
>   Matthew Thomas Berry
>   2751 Buford Highway NE, Suite 600
>   Atlanta, GA 30324
>
>   Therron L. Hughes
>   128 Norcross Way
>   Rome, GA  30165
>
>   Jessica R. Kellett
>   128 Norcross Way
>   Rome, GA 30165

/s/ Robert J. Fehse

Robert J. Fehse, Esq.
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120