# Georgia Certificate of Title

**DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE.**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|
| 5N1DR2MN5HC663613 | NISSAN | 2017 | MULTI-PURPOSE V | PATHFINDER S S | 6 | 06/11/2018 |

| DATE VEHICLE PUR | FUEL | NEW OR USED | ODOMETER* | PREVIOUS TITLE NBR / STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 05/30/2018 | GASOLINE | USED | 036339 | 89443265 /TN | 1 | SIL | 772206181576009 |

### OWNER

THERRON LAVELL HUGHES
128 NORCROSS WAY SW
ROME GA 30165-3945

*ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BELOW

TD AUTO FINANCE
PO BOX 675
WILMINGTON OH 45177-0675

### 1ST LIEN OR SECURITY INTEREST

TD AUTO FINANCE
PO BOX 675
WILMINGTON OH 45177-0675

### 2ND LIEN OR SECURITY INTEREST

### 3RD LIEN OR SECURITY INTEREST

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

045098644

*Lynnette T. Riley*

STATE REVENUE COMMISSIONER

### RELEASE OF LIEN OR SECURITY INTEREST

| DATE OF RELEASE | SECURITY INTEREST HOLDER | AUTHORIZED AGENT |
|---|---|---|
| 1ST LIEN | | BY |
| 2ND LIEN | | BY |
| 3RD LIEN | | BY |

T/O
REV
1/08

THIS TITLE MUST BE TRANSFERRED **IMMEDIATELY** INTO THE NEW OWNER'S NAME CAUTION $100 FINE OR 30 DAYS IMPRISONMENT FOR ACCEPTANCE OF A DEALER'S CERTIFICATE OF TITLE ASSIGNED IN BLANK T/O REGISTRATION MUST BE TRANSFERRED WITHIN 30 DAYS OR OWNER WILL BE SUBJECT TO **FINE** OF UP TO **$100** NEW VEHICLES MUST BE REGISTERED WITHIN 30 DAYS OF THE DATE OF PURCHASE OWNER MUST COMPLETE ALL SPACES IN FULL DO NOT USE RED INK **NOTICE:** ANY ALTERATION VOIDS THIS TITLE

## ASSIGNMENT AND WARRANTY OF TITLE BY OWNER

TO BE COMPLETED BY SELLER and delivered with the vehicle to the purchaser Effective July 1, 2008, an application for new Certificate of Title must be made by purchaser on title application form and filed within 30 days of date of purchase in order to avoid $10 00 penalty If the vehicle described hereon is junked or dismantled, this Certificate of Title must be returned to the Motor Vehicle Division within 72 hours FEDERAL and State Law requires that you state the odometer reading in connection with transfer of ownership Failure to complete ODOMETER STATEMENT OR providing a FALSE STATEMENT may result in fines and/or imprisonment The undersigned hereby sells, assigns or transfers the vehicle described on the face of this certificate to

**ALL BLOCKS MUST BE COMPLETED ACCURATELY. SUBMIT SIGNED & NOTARIZED AFFIDAVITS EXPLAINING ANY ERRORS.**

(Form fields for Purchaser's Legal Name, Street or R.F.D. No, City/State & Zip Code, County of Residence, Date of Sale/Transfer, Odometer Reading, Transferor's/Transferee's Printed Name and Signature)

### DEALER (COMPLETE ALL SPACES IN FULL)    DO NOT USE RED INK

**1st DEALER'S ASSIGNMENT** — I/WE WARRANT THAT SAID VEHICLE IS FREE OF ALL SECURITY INTERESTS, LIENS OR ENCUMBRANCES EXCEPT AS NOTED BELOW. We also warrant this Title and certify that the vehicle described herein has been transferred to the following:

(Fields for Purchaser's Legal Name, Purchaser's Address, County of Residence, Dealer's Permanent ID Number or Dealer's Master Tag Number, Registered Dealer's Name, Odometer Reading, Date of Sale/Transfer, Transferor's/Transferee's Printed Name and Signature)

**2nd DLR. ASSIGNMENT** — (same fields repeated)

**3rd DLR. ASSIGNMENT** — (same fields repeated)

### LIEN OR SECURITY INTEREST HOLDER TO BE RECORDED ON NEW TITLE

The lien/security interest holder must be shown on the title application

LIEN/SECURITY INTEREST HOLDER'S Name
LIEN/SECURITY INTEREST HOLDER'S Address

**ATTN DEALERS AND DISTRIBUTORS.** Retain a copy of front and back of this document. Retention period: 3 Years.

**NOTICE: ANY ALTERATION OR ERASURE VOIDS THIS TITLE**