# J.D. POWER

## 2017 Nissan Pathfinder
Utility 4D S 2WD V6 Values

## Pricing & Values

Prices shown for the used **2017 Nissan Pathfinder Utility 4D S 2WD V6** with typical miles are what people paid to buy this vehicle or what people received when trading in this vehicle at a dealer. Edit options.

## Buy from Dealer

Prices shown are what people paid including dealer discounts. Taxes and fees (title, registration, license, document, and transportation fees) are not included.



**Buy from Dealer** | **Buy Certified from Dealer**

Average Price Paid

**$13,893**

80% of People Paid

**$13,027 - $14,875**

# Trade In to Dealer

Prices shown are what people received from a dealer for their trade-in vehicle by condition.
See definitions.

| | |
|---|---:|
| Base Price | $9,550 |
| Mileage and Options | $0 |
| **Rough Condition** ⓘ | **$9,550** |
| | |
| Base Price | $10,725 |
| Mileage and Options | $0 |
| **Average Condition** ⓘ | **$10,725** |
| | |
| Base Price | $11,700 |
| Mileage and Options | $0 |
| **Clean Condition** ⓘ | **$11,700** |

Looking for values for your business? J.D. Power Valuation Services can help.