# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 19-40815-PWB |
| THERRON HUGHES | ) |
| | ) |
| | ) CHAPTER 7 |
| Debtor. | ) |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY
## REGARDING INCOME TAX

I, Therron Hughes, under penalty of perjury, depose and state as follows:

1.

I filed a case under Chapter 13 of the Bankruptcy Code on 'April 5, 2019, and I am making this Affidavit in connection with the information provided to the Chapter 13 Trustee.

2.

I am over eighteen (18) years of age, competent to testify to the matters set forth herein, and the facts set forth in this Affidavit are based on my personal knowledge and information.

3.

I attest that because I did not have sufficient income and I was not required to file federal or state income tax returns for the tax years ending December 31, 2022, 2021, 2020.

_____

Debtor

07/08/2023
_____

Date

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served the DEBTOR'S AFFIDAVIT by placing a copy of said AFFIDAVIT in the United States Mail with adequate postage affixed thereon to ensure delivery and addressed to the following:

U.S. Attorney's Office
Northern District of Georgia
Attn: Civil Process Clerk
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

Special Assistant United States Attorney
401 West Peachtree Street, NW
Stop 1000-D
Atlanta, Georgia 30308

Internal Revenue Service
401 West Peachtree Street, NW M/S 334-D
Atlanta, Georgia 30308

Internal Revenue Service, Insolvency Division
401 West Peachtree Street, NW
Mail Stop 334-D
Atlanta, Georgia 30308

Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, Pennsylvania 19114

United States Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530

Internal Revenue Service
PO Box 7346
Philadelphia, Pennsylvania
19101-7346

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Department of Justice, Tax Division
Civil Trial Section, Southern Region
PO Box 14198
Ben Franklin Station
Washington, DC 20044

Georgia Department of Revenue
1800 Century Blvd, NE
Atlanta, Georgia 30345-3205

Georgia Department of Revenue
Taxpayer Services Division
1800 Century Blvd, NE
Atlanta, Georgia 30345-3205

Georgia Department of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, Georgia 30321

Georgia Attorney General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334

Georgia Department of Revenue
1800 Century Boulevard, NE Suite 9100
Atlanta, Georgia 30345-3205

Georgia Department of Revenue
1800 Century Boulevard, NE Suite 9100
Compliance Division, ARCS- Bankruptcy
Atlanta, Georgia 30345-3205

Office of Thomas D. Richardson
Standing Chapter 7 Trustee, NDGA
P.O.Box 5007
Rome, GA  30162-5007

Therron Hughes
128 Norcross Way
Rome, GA  30165

This the 7th day of July, 2023.

      /s/
Carrie Oxendine
GA Bar No. 141478
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300