**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Rome Division**

In Re: Debtor(s)
**Therron L. Hughes**
128 Norcross Way
Rome, GA 30165

xxx−xx−2121

**Jessica R. Kellett**
128 Norcross Way
Rome, GA 30165

xxx−xx−3752

Case No.: **19−40815−pwb**
Chapter: **7**
Judge: **Paul W. Bonapfel**

# NOTICE REGARDING RESCHEDULING OF MEETING OF CREDITORS OF CHAPTER 7 DEBTOR

Debtor did not appear at the previously scheduled Section 341 Meeting of Creditors. The Meeting of Creditors has been rescheduled to:

**8/3/23** at **11:00 AM**
**Meeting will be telephonic. To attend, Dial: 877−928−9915 and enter: 6981387, when prompted for participation code.**.

In accordance with 11 U.S.C. § 343 of the Bankruptcy Code, debtor must appear at the Meeting of Creditors and submit to examination under oath. If debtor fails to appear at the rescheduled Meeting of Creditors, the case may be dismissed without further notice or hearing, in accordance with General Order No. 2 as entered by this Court on October 5, 2005.

Dated: July 17, 2023

_Vania S. Allen_

Vania S. Allen
Clerk of Court

Form 424