

**IT IS ORDERED as set forth below:**


**Date: August 4, 2023**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

```
IN RE:                          :
THERRON L. HUGHES               :   CHAPTER 7
JESSICA R. KELLETT              :   CASE NO. 19-40815
          Debtors.             :   JUDGE PAUL W. BONAPFEL
                                :
TD BANK, N.A., SUCCESSOR IN     :
INTEREST TO TD AUTO FINANCE     :
LLC                             :
                                :
          Movant,              :
vs.                             :
                                :
THERRON L. HUGHES               :
JESSICA R. KELLETT              :
                                :
          Respondents.         :
```

ORDER

TD Bank, N.A., successor in interest to TD Auto Finance LLC

("TD Bank"), a party-in-interest in the above-styled Chapter 7

case, previously filed a *Motion for Relief from Automatic Stay*

(the "Motion"), on June 15, 2023, with said Motion having been

read and considered and having been scheduled for hearing on August 2, 2023; and

IT APPEARING that neither the Debtors nor the Chapter 7 Trustee had no opposition to the Motion, and Movant contends that service was proper;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED as follows:

1.

The Automatic Stay pursuant to 11 U.S.C. § 362(a) is hereby terminated with respect to the 2017 Nissan Pathfinder, serial number 5N1DR2MN5HC663613 (the "Collateral"), including any sales proceeds or insurance proceeds arising therefrom.

2.

TD Bank shall be entitled to exercise its state law rights in the repossession and foreclosure of the Collateral.

3.

The fourteen (14) day stay provision pursuant to Bankruptcy Rule 4001 (a) (3) is waived.

**END OF DOCUMENT**

PREPARED AND PRESENTED BY:

EVANS PETREE PC


By: /s/ Robert J. Fehse
Robert J. Fehse
Georgia State Bar No. 758817
Attorneys for TD Bank, N.A., successor in interest to TD Auto
Finance LLC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0722
rfehse@evanspetree.com

<u>ORDER DISTRIBUTION LIST</u>

Robert J. Fehse, Esq.
EVANS PETREE PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

Office of United States Trustee
75 Ted Turner Dr SW #362
Atlanta, GA 30303

Thomas D. Richardson
Chapter 7 Trustee
P.O. Box 5007
Rome, GA  30162-5007

Matthew Thomas Berry
2751 Buford Highway NE, Suite 600
Atlanta, GA  30324

Therron L. Hughes and Jessica R. Kellett
128 Norcross Way
Rome, GA  30165