# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA

| In Re:<br><br>HUGHES, THERRON L. AND KELLETT, JESSICA R.<br><br>**Debtors(s)** | Case No. | 19-40815-PWB |
|---|---|---|
| | Chapter | 7 |
| | Trustee | Thomas D. Richardson |

### INTERIM REPORT OF TRUSTEE

1. For the period ending : 12/31/2024

2. Date of section. 341(a) meeting :      08/31/2023
   Date appointed :     06/09/2023

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record - Form 2)

   Total receipts                                              $0.00
   Total Disbursements                                         $0.00     **Total**

   The amount of the Trustee's bond is: Blanket Bond: $27,655,000.00
   which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated:                              **$1.00**
   (from Individual Estate Property Record - Form 1, total of column 6)

   Assets for which insurance coverage has been obtained:       **(None)**

5. Projected total value to be realized (total of 3 + 4):                       **$1.00**

6. Major activities during the reporting period not reflected in the
   Individual Estate Property Record and Form 2:

   This case converted to Ch 7 on 6/9/23. Debtor husband (now deceased) has a hernia mesh claim and the Trustee has employed Special Counsel to pursue the claim. The claim is filed in State Court, in an MCL, and a global settlement agreement has been reached. The value of Debtor's claim is not yet known, and the claims are being settled via base awards, enhancers and de-enhancers. Special Counsel is optimistic Debtor's claim value will be known in 2024. The value of Debtor's claim is listed at $1.00 to avoid adversely affecting the value of the claim.

   The status of settlement of the hernia mesh claim is unchanged since Trustee's last report, but Special Counsel reports specific details for debtor's should be known in the first six or so months of 2025.

7. Projected date of Final Report Before Distribution:       12/31/2025

                **Trustee's Signature:**       /s/ THOMAS D. RICHARDSON
                                              _____
                                              Thomas D. Richardson
                                              P.O. Box 5007
                                              Rome, GA 301625007
Date: 1/28/2025                               (706) 291-8853

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 19-40815 | | | Trustee Name: | Thomas D. Richardson |
| Case Name: | HUGHES, THERRON L. AND KELLETT, JESSICA R. | | | Date Filed (f) or Converted (c): | 06/09/2023 (c) |
| For the Period Ending: | 12/31/2024 | | | §341(a) Meeting Date: | 07/13/2023 |
| | | | | Claims Bar Date: | 10/30/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  2017 Nissan Pathfinder Other Information: Nissan Pathfinder | $25,000.00 | $0.00 | OA | $0.00 | FA |
| 2  2017 Ford Fusion Other Information: 2017 Ford Fusion | $10,550.00 | $0.00 | OA | $0.00 | FA |
| 3  furniture | $2,000.00 | $0.00 | | $0.00 | FA |
| 4  basic clothing | $300.00 | $0.00 | | $0.00 | FA |
| 5  jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 6  Cash: | $25.00 | $0.00 | | $0.00 | FA |
| 7  Checking account: Checking account | $50.00 | $0.00 | | $0.00 | FA |
| 8  401(k) or similar plan: 401(k) | $0.00 | $0.00 | | $0.00 | FA |
| 9  Potential personal injury case (hernia mesh injury) | $1,000.00 | $1.00 | | $0.00 | $1.00 |

**TOTALS (Excluding unknown value)**      $39,125.00      $1.00           **Gross Value of Remaining Assets**      $0.00      1.00

**Major Activities affecting case closing:**

| 12/31/2024 | The status of settlement of the hernia mesh claim is unchanged since Trustee's last report, but Special Counsel reports specific details for debtor's should be known in the first six or so months of 2025. |
| 12/31/2023 | This case converted to Ch 7 on 6/9/23.  Debtor husband (now deceased) has a hernia mesh claim and the Trustee has employed Special Counsel to pursue the claim.  The claim is filed in State Court, in an MCL, and a global settlement agreement has been reached.  The value of Debtor's claim is not yet known, and the claims are being settled via base awards, enhancers and de-enhancers.  Special Counsel is optimistic Debtor's claim value will be known in 2024.  The value of Debtor's claim is listed at $1.00 to avoid adversely affecting the value of the claim. |

| Initial Projected Date Of Final Report (TFR): | 12/31/2024 | /s/ THOMAS D. RICHARDSON |
| Current Projected Date Of Final Report (TFR): | 12/31/2025 | THOMAS D. RICHARDSON |