**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| **In Re:** | |
| **HUGHES, THERRON L.** | |
| **KELLETT, JESSICA R.** | **Bankruptcy No. 19-40815PWB** |
| **Debtors.** | **Chapter 7** |

## NOTICE OF INTENT TO ABANDON PROPERTY

NOTICE IS HEREBY given that the Trustee, THOMAS D. RICHARDSON, intends to abandon the below described property and any objections to the abandonment must be filed on or before fourteen (14) days from the date of the mailing of this Notice as shown on the Certificate of Service below. Said objections should state specifically why the property should not be abandoned. Unless a timely objection is filed and a hearing requested, no hearing will be held and the abandonment shall take place and be effective on the date following the period herein described for filing objections without further action by the trustee.

1. Potential personal injury case

Date: March 17, 2026

s/Thomas D. Richardson
Thomas D. Richardson
Chapter 7 Trustee
P.O. Box 5007
Rome, GA 30162-5007
(706) 291-8853

1609262

## <u>CERTIFICATE OF SERVICE</u>

I, Thomas D. Richardson, of Brinson, Askew, Berry, LLP, do hereby certify that I am Trustee in bankruptcy for the estate of Therron L. Hughes and Jessica R. Kellett and that I have on this day electronically filed the foregoing Notice of Proposed Abandonment or Disposition of Property ("Notice") using the Bankruptcy's Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Notice to the following parties who have appeared in this case under the Bankruptcy's Court's Electronic Case Filing Program:

- Carrie L. Oxendine: E-Notice@mattberry.com; berry.associates.carrie@gmail.com; coxendine@mattberry.com
- Janel O. Bowles : e-notice@mattberry.com; berry.assoc.janel@gmail.com;
- Kelly D. Thomas: E-Notice@mattberry.com; berry.associates.kelly@gmail.com
- Office of the United States Trustee: ustpregion21.at.ecf@usdoj.gov

I further certify that on this day I caused a copy of the Notice only to be served on the parties listed below via email and/or U.S. First Class Mail with adequate postage prepaid:

Therron L. Hughes
128 Norcross Way
Rome, GA 30165

Jessica R. Kellett
128 Norcross Way
Rome, GA 30165

Alan Hinderleider, Esq.
alan.hinderleider@usdoj.gov

This 3rd day of March, 2026.

BRINSON, ASKEW, BERRY, LLP

s/Thomas D. Richardson
Thomas D. Richardson
Georgia Bar No. 604313
Attorneys for Trustee in bankruptcy for the
estate of Therron L. Hughes and Jessica R. Kellett